

JB Pritzker, *Governor*

**Illinois Department of Human Services**

Grace B. Hou, *Secretary*

Treatment and Detention Facility
17019 County Farm Road
Rushville, IL 62681
217-322-3204
217-322-2093

## Memorandum
## 85R-21

TO:     **TDF Residents**

FROM:   **Dr. Jumper, Clinical Director**

RE:     **Treatment Momentum During Quarantine**

DATE:   **October 8, 2021**

As we all know, this past 18 months has been extremely challenging for everyone with respect to limitations we all endure due to the COVID-19 pandemic. Not being able to meet for group treatment due to facility quarantines is something the clinical team is concerned about as I know many of you are as well. Please recall your previous group discussions about how to maximize your time away from group productively to maintain your momentum in treatment. We will be communicating with you more on this very soon. We are excited to see residents continuing to be released on CR despite the pandemic, and we want to help remain enthusiastic about your potential for treatment success.

You probably noticed in Director Donathan's recent memo about the current quarantine encouraging residents in Disclosure and Post Disclosure group to submit drafts of written work to your therapist via campus mail for review. The reason behind this suggestion is to provide you an opportunity to receive some feedback on the written assignments. I'm sure you all have been working during the quarantine periods. This can help speed up the process of presenting your materials to the group once they resume.

I encourage you to take advantage of this. We are continuing to think of ways to ensure you all receive credit for the work that you are doing in as timely a fashion as possible. In the interim, we are going to be utilizing the TDF closed circuit TV channel to deliver other treatment related exercises and activities that can help you stay committed to your journey of personal change and exercise the skills you have been learning in treatment. This weekend on the facility movie channel we will be streaming the film "Peaceful Warrior".


PLAINTIFF'S EXHIBIT 1

Page 15 of 16



JB Pritzker, *Governor*     Illinois Department of Human Services     Grace B. Hou, *Secretary*

Here is a brief description of the movie:

*"An inspirational and triumphant film about the power of the human spirit. Peaceful Warrior is the incredible true story based on Dan Milliman's best-selling novel. A gifted young athlete, bound for Olympic gold, Dan has it all: trophies, talent and all the women he wants. But after a life-changing event, Dan comes to rely on Socrates, a mysterious strange and Joy, an elusive young woman, to teach him the secret to overcome incredible odds and tap into new worlds of strength and understanding."*

The clinical staff encourages all residents to watch this movie as it begins streaming repeatedly on the facility movie channel beginning later this afternoon. In addition, we recommend you journal or record your thoughts on the film in general and consider addressing a number of these specific topics that resonate with you during the viewing experience. You can submit these to your team for review now, share them with your peers, or bring them to your group for discussion:

| Don't Be Arrogant | Start Doing | Have an Alternative Plan | Offering Service to Others |
|---|---|---|---|
| Listen to Others | Be Mindful | Take Out the Trash | Don't Forget Your Friends |
| Letting Yourself Go | Be Present | Journey Over Destination | Chase What You Love |