Agnes Smego
4571 State Route 127
Pinckneyville, IL 62274

  

U.S. POSTAGE PAID
FCM LG ENV
PINCKNEYVILLE, IL
62274
NOV 12, 21
AMOUNT
$3.56
R2304W121402-81

OFFICE OF THE CLERK
UNITED STATES COURT HOUSE
600 EAST MONROE ST., ROOM 151
SPRINGFIELD, IL 62701